UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Greg Bell,<br><br>      Plaintiff,<br><br>v.<br><br>Phillips Feed and Pet Supply, N.E., LLC d/b/a Phillips Pet & Food Supplies,<br><br>Phillips Food Service, Inc. d/b/a Phillips Pet & Food Supplies,<br><br>And<br><br>Valley Pet Supply, LLC d/b/a Phillips Pet & Food Supplies,<br><br>      Defendants. | Case No. 19-00085 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), the Parties hereby jointly stipulate, through their respective counsel, to dismiss this matter with prejudice, and without costs or fees against any party.

Respectfully Submitted,

/s/ *Jonathan W. Chase*
Jonathan W. Chase, Esq.
1628 JFK Blvd
Suite 1650
Philadelphia, PA 19103
(215) 475 3504
jwc@lawkm.com
*Attorney for Plaintiff*

/s/ *Joseph P. Hofmann*
Joseph P. Hofmann, Esq.
Stevens & Lee
51 South Duke Street
Lancaster, PA 17602
(717) 399-6643
jph@stevenslee.com
*Attorney for Defendant*

SO ORDERED:

_____
Chad F. Kenney
United States District Judge

3-28-2019
_____
Date